IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ABEL SANCHEZ, LAMONT MOORE, and DERRICK CORPUS, Individually and On behalf of all others similarly situated, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civ. A. No.: 16-50 |
| GENERAL ELECTRIC COMPANY, GE OIL & GAS, INC., GE OIL & GAS LOGGING SERVICES, INC., and GE OIL & GAS PRESSURE CONTROL LP, | § § § § § § | |
| *Defendant*. | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Abel Sanchez, LaMont Moore, and Derrick Corpus, and Defendants General Electric Company, GE Oil & Gas, Inc., GE Oil & Gas Logging Services, Inc., and GE Oil & Gas Pressure Control, LP (the "Parties") file this Joint Stipulation of Dismissal with Prejudice. The Parties agree and stipulate that this action and all claims contained in this matter should be dismissed with prejudice. The Parties also agree and stipulate that each shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

Respectfully submitted,

By: /s/ *Clif Alexander*
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**ANDERSON2X, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**ATTORNEYS IN CHARGE FOR CLAIMANTS**

*/s/ Carolyn Russell*
Carolyn Russell #24003913
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002
(713) 655-5771
(713) 655-0020 (Fax)
carolyn.russell@ogletreedeakins.com

**ATTORNEY IN CHARGE FOR DEFENDANTS**

**OF COUNSEL:**

Stephen J. Quezada
SBOT: 24076195
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX  77002
713.655.0855
713.655.0020 (Fax)
stephen.quezada@ogletreedeakins.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                */s/ Clif Alexander*
                                                                Clif Alexander

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ABEL SANCHEZ, LAMONT MOORE, and DERRICK CORPUS, Individually and On behalf of all others similarly situated, § § § § | | |
| *Plaintiffs*, § | | |
| v. § | Civ. A. No.: 16-50 | |
| § | | |
| GENERAL ELECTRIC COMPANY, GE OIL & GAS, INC., GE OIL & GAS LOGGING SERVICES, INC., and GE OIL & GAS PRESSURE CONTROL LP, § § § § § | | |
| *Defendant*. § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiffs Abel Sanchez, LaMont Moore, and Derrick Corpus, and Defendants General Electric Company, GE Oil & Gas, Inc., GE Oil & Gas Logging Services, Inc., and GE Oil & Gas Pressure Control, LP (the "Parties"), it is hereby ORDERED that this action be DISMISSED WITH PREJUDICE.  Each party shall be responsible for her/its own respective costs and attorneys' fees incurred as a result of this action.

SIGNED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE